# United States Court of Appeals
## for the Fifth Circuit

---

No. 23-10179

---

Lebene Konan,

*Plaintiff—Appellant,*

versus

United States Postal Service; Raymond Rojas, *also known as* Ray; Jason Drake; United States of America,

*Defendants—Appellees.*

---

United States Court of Appeals
Fifth Circuit
**FILED**
March 20, 2024
Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-139

---

Before Wiener, Willett, and Douglas, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* Fed. R. App. P. 41(b). The court may shorten or extend the time by order. *See* 5th Cir. R. 41 I.O.P.