# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2024

Mr. Robert Clary
405 Windward Drive
Murphy, TX 75248

  No. 23-10179  Konan v. USPS
         USDC No. 3:22-CV-139

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising that the court has requested a Response to the Appellees' Petition for rehearing en banc, to be filed in this office on or before June 3, 2024.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Melissa B. Courseault, Deputy Clerk
           504-310-7701

cc:
  Mr. Urja Mittal
  Mr. Brian Walters Stoltz